IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH WAYNE SMITH,

    Plaintiff,

v.                                                              Case No. 3:08-cv-366/LAC/AK

MICHAEL RICHARDSON,

    Defendant.
_____/

**O R D E R**

Upon consideration of the Order of the Magistrate Judge entered on October 13, 2009, and after reviewing Plaintiff's appeal therefrom (doc. 64), pursuant to 28 U.S.C. §636(b)(1)(A) and Fed. R. Civ. P. 72(a), the Court determines that the Order is neither clearly erroneous nor contrary to law.

Accordingly, it is now ORDERED as follows:

The appeal is **DENIED**, and this case shall be returned to the Magistrate Judge for further proceedings.

**ORDERED** on this 20th day of November, 2009.

                                                           s/ *L.A. Collier*
                                                          Lacey A. Collier
                                            Senior United States District Judge